writ of certiorari to the Court of Claims denied. *Messrs. Ellsworth C. Alvord* and *Donald Horne* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 409. PECK ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Sterling Halstead* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 410. SHINN, TRUSTEE IN BANKRUPTCY, *v.* MILBORNE, DEPUTY COLLECTOR OF INTERNAL REVENUE. October 21, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Wm. E. Richardson* and *Ward B. McCarthy* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Joseph M. Jones* for respondent.

No. 411. HENRY, STATE TREASURER, *v.* WADHAMS OIL Co. October 21, 1935. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Herbert H. Naujoks* for petitioner. *Mr. Irving A. Fish* for respondent.

No. 412. MUTUAL LIFE INSURANCE Co. *v.* MARKOWITZ ET AL. October 21, 1935. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frederick L. Allen* and *F. Eldred Boland* for petitioner. *Mr. Arthur Rosenblum* for respondents.

No. 413. NEW YORK LIFE INSURANCE CO. v. KAUFMAN. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Edwin A. Meserve* and *Louis H. Cooke* for petitioner. *Mr. Arthur Rosenblum* for respondent.

No. 414. AUSTIN v. THOMAS, RECEIVER. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William S. McDowell* for petitioner. *Mr. Robert S. Marx* for respondent.

No. 415. SCHICK v. GOLDSTEIN. October 21, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Oscar A. Lewis* for petitioner. *Mr. M. M. Edelstein* for respondent.

No. 416. MISSOURI EX REL. WOODS v. SEVIER. October 21, 1935. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. George A. Edwards* for petitioner. *Mr. Walter Sloat* for respondent.

Nos. 417 and 418. ROOT REFINING Co. v. UNIVERSAL OIL PRODUCTS Co. October 21, 1935. Petition for writs